# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06cr250-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ALEJANDRO FLORES. ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned on October 23, 2006 and it appearing to the court at the call of this matter on for hearing that V. Lamar Gudger, III was making a general appearance as retained counsel for the defendant and that Mr. Gudger advised that he was making a general appearance for the defendant for all District Court purposes. Thereupon, defendant's appointed counsel, R. Edward Hensley, Jr., made an oral motion for permission to withdraw as counsel for the defendant. For good cause shown:

## ORDER

IT IS HEREBY **ORDERED** that R. Edward Hensley, Jr. is hereby **ALLOWED** to withdraw as counsel for the defendant in the above entitled matter and is relieved from further responsibility to represent the defendant in this case.

Signed: November 6, 2006

Dennis L. Howell
United States Magistrate Judge